```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS


CARA LYN CRNCIC,                )
     Plaintiff                  )
                                )
            v.                  ) Civil Action No. 12-30154-MAP
                                )
CASTAWAY LOUNGE a/k/a           )
 CLUB CASTAWAY, ET AL.,         )
     Defendants
```

## ORDER RE: SCHEDULE FOR TRIAL

### April 3, 2014

PONSOR, U.S.D.J.

Counsel appeared before this court on April 3, 2014 for a conference on Defendants' Emergency Motion (Dkt. No. 43). Following discussion with counsel, the court has adjusted the schedule for trial. It will unfold as follows:

May 7, 2014: 9:00 a.m. to 1:00 p.m and 2:00 p.m. to 4:00 p.m.

May 8, 2014: 9:00 a.m. to 1:00 p.m.

May 9, 12, & 13, 2014: 9:00 a.m. to 1:00 p.m. and 2:00 p.m. to 4:00 p.m.

May 14 & 15, 2014: 9:00 a.m. to 1:00 p.m.

May 16, 2014: 9:00 a.m. to 1:00 p.m. and 2:00 p.m. to 4:00 p.m.

It is expected that the case will be in the hands of the jury by May 15, 2014, or May 16, at the latest. The jury will

be informed that they will not be needed after that date.

It is So Ordered.

                                      <u>/s/ Michael A. Ponsor</u>
                                      Michael A. Ponsor
                                      U.S. District Judge